# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 10-40560 JTL |
| **Case Name:** | LEGENDARY PERFORMANCE CARS |
| **Period Ending:** | 03/31/13 |

| | |
|---|---|
| **Trustee:** | (300030)   WALTER W. KELLEY |
| **Filed (f) or Converted (c):** | 02/01/11 (c) |
| **§341(a) Meeting Date:** | 06/03/10 |
| **Claims Bar Date:** | 05/24/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 12 East Main Street, Manchester, GA  31830 | 175,000.00 | 175,000.00 | | 49,500.00 | FA |
| 2 | 46" TV and DVD player | 400.00 | 0.00 | | 517.00 | FA |
| 3 | 1969 Ford Mustang Boss 429 | 300,000.00 | 170,000.00 | | 244,750.00 | FA |
| 4 | 1969 Chevrolet Camaro Z-28 | 86,000.00 | 60,450.00 | | 61,600.00 | FA |
| 5 | 1969 Plymouth Barracuda | 8,000.00 | 0.00 | | 9,075.00 | FA |
| 6 | 1997 Porsche 993 Turbo | 85,000.00 | 0.00 | | 57,200.00 | FA |
| 7 | 1972 Detomaso Pantera | 36,000.00 | 0.00 | | 40,700.00 | FA |
| 8 | 1996 Ford GT 40 | 72,000.00 | 40,000.00 | | 56,100.00 | FA |
| 9 | 1988 Porsche 930S CPE | 48,000.00 | 0.00 | | 57,200.00 | FA |
| 10 | 2 Tool Boxes | 500.00 | 0.00 | | 1,375.00 | FA |
| 11 | 8 Hand Lifts | 300.00 | 0.00 | | 748.00 | FA |
| 12 | POSSIBLE CLAIM RE:  $ FROM BANK | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 13 | Misc Equipment | 0.00 | 0.00 | | 649.00 | FA |
| 14 | Guns  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Post-Petition Interest Deposits  (u) | Unknown | Unknown | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.08 | Unknown |
| 16 | **Assets       Totals** (Excluding unknown values) | **$831,200.00** | **$465,450.00** | | **$579,414.08** | **$0.00** |

2 of 9

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 10-40560 JTL |
| **Case Name:** | LEGENDARY PERFORMANCE CARS |
| **Period Ending:** | 03/31/13 |

| | |
|---|---|
| **Trustee:** | (300030)    WALTER W. KELLEY |
| **Filed (f) or Converted (c):** | 02/01/11 (c) |
| **§341(a) Meeting Date:** | 06/03/10 |
| **Claims Bar Date:** | 05/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

3/31/13 (DB)- Trustee to check claims. Case will then be ready to close.

April 10, 2012 (WK)  Update
Pantera Litigation Continuing. MSJ for Tee granted re: storage lien.
Motion to Compromise filed w/ Bank.

03/2011 Update:
a. Appraisal of three best cars obtained.
b. Real estate in Manchester to be sold at auction.
c. Insurance is current.
d. Vehicles to be moved to Moultrie for auction in next quarter.

1.  Sell real estate
2.  Ask Bill Flatau to investigate

**Initial Projected Date Of Final Report (TFR):**  April 30, 2012          **Current Projected Date Of Final Report (TFR):**  December 31, 2013

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-40560 JTL |
| **Case Name:** | LEGENDARY PERFORMANCE CARS |
| **Taxpayer ID #:** | **-***4515 |
| **Period Ending:** | 03/31/13 |

| | |
|---|---|
| **Trustee:** | WALTER W. KELLEY (300030) |
| **Bank Name:** | BANK OF AMERICA, N.A. |
| **Account:** | ********48 - Ch 11 - Money Market Acco |
| **Blanket Bond:** | $3,580,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |

Account  ********48

| | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 0 | Deposits | 0.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | 0.00 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | 0.00 |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | 0.00 |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 10-40560 JTL | | Trustee: | WALTER W. KELLEY (300030) |
|---|---|---|---|---|
| Case Name: | LEGENDARY PERFORMANCE CARS | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account: | ********45 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | **-***4515 | | Blanket Bond: | $3,580,000.00  (per case limit) |
| Period Ending: | 03/31/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/21/11 | | DEFRESNE LAW FIRM | SALE OF REAL ESTATE | | | 44,008.08 | | 44,008.08 |
| | {1} | DEFRESNE LAW FIRM | GROSS AMOUNT DUE TRUSTEE | 49,500.00 | 1110-000 | | | 44,008.08 |
| | | MEADOWS HALE REALTY INC. | REALTOR COMMISSION | -1,350.00 | 3510-000 | | | 44,008.08 |
| | | ROWELL AUCTIONS | AUCTIONEER COMMISSION/EXPENSES | -3,150.00 | 3610-000 | | | 44,008.08 |
| | | MANCHESTER, GEORGIA | TAXES | -158.76 | 2820-000 | | | 44,008.08 |
| | | | OTHER CLOSING COSTS | -833.16 | 2500-000 | | | 44,008.08 |
| 07/29/11 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | 0.08 | | 44,008.16 |
| 08/19/11 | | THE ROWELL REALTY & AUCTION CO., IN | Sale of Vehicles and equipment | | | 468,490.92 | | 512,499.08 |
| | {2} | THE ROWELL REALTY & AUCTION CO., IN | Sale of Vehicles and equipment | 517.00 | 1129-000 | | | 512,499.08 |
| | {3} | | Sale of Vehicle | 244,750.00 | 1129-000 | | | 512,499.08 |
| | {4} | | Sale of Vehicle | 61,600.00 | 1129-000 | | | 512,499.08 |
| | {5} | | Sale of Vehicle | 9,075.00 | 1129-000 | | | 512,499.08 |
| | {6} | | Sale of Vehicle | 57,200.00 | 1129-000 | | | 512,499.08 |
| | {7} | | Sale of Vehicle | 40,700.00 | 1129-000 | | | 512,499.08 |
| | {8} | | Sale of Vehicle | 56,100.00 | 1129-000 | | | 512,499.08 |
| | {9} | | Sale of Vehicle | 57,200.00 | 1129-000 | | | 512,499.08 |
| | {10} | | Sale of Equipment | 1,375.00 | 1129-000 | | | 512,499.08 |
| | {11} | | Sale of Equipment | 748.00 | 1129-000 | | | 512,499.08 |
| | {13} | | Sale of Equipment | 649.00 | 1129-000 | | | 512,499.08 |
| | | ROWELL AUCTIONS | AUCTIONEER | -48,174.00 | 3610-000 | | | 512,499.08 |

| | | Subtotals : | $512,499.08 | $0.00 | |
|---|---|---|---|---|---|

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-40560 JTL |
| **Case Name:** | LEGENDARY PERFORMANCE CARS |
| **Taxpayer ID #:** | **-***4515 |
| **Period Ending:** | 03/31/13 |

| | |
|---|---|
| **Trustee:** | WALTER W. KELLEY (300030) |
| **Bank Name:** | BANK OF AMERICA, N.A. |
| **Account:** | ********45 - MONEY MARKET ACCOUNT |
| **Blanket Bond:** | $3,580,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | COMMISSION/EXPENS ES | | | | |
| | | ROWELL AUCTIONS, INC. | Advertising & -13,249.08 Promotional Expense | 3620-000 | | | 512,499.08 |
| 09/08/11 | 1001 | ROWELL AUCTIONS | AUCTIONEER COMMISSION/EXPENSES | 3620-000 | | 2,000.00 | 510,499.08 |
| 10/06/11 | 1002 | KELLEY, LOVETT AND BLAKEY | EXPENSES - ATTORNEY FOR TRUSTEE per order of 10-6-11 | 3120-000 | | 12,621.52 | 497,877.56 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 639.47 | 497,238.09 |
| 11/22/11 | 1003 | ANDREW J. EKONOMOU | Attorney for the Trustee Fees | 3210-000 | | 15,650.00 | 481,588.09 |
| 11/22/11 | 1004 | ANDREW J. EKONOMOU | Attorney for the Trustee Expenses | 3220-000 | | 114.06 | 481,474.03 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 611.09 | 480,862.94 |
| 12/02/11 | 1005 | BILL BATES | REIMBURSEMENT OF EXPENSES - PANTERA PER ORDER OF 11-30-11 | 2200-000 | | 2,556.38 | 478,306.56 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 590.11 | 477,716.45 |
| 01/26/12 | 1006 | KELLEY, LOVETT AND BLAKEY | Bond reimbursement | 2200-000 | | 390.84 | 477,325.61 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 626.50 | 476,699.11 |
| 02/29/12 | 1007 | KELLEY, LOVETT AND BLAKEY | FEES-ATTORNEY FOR TRUSTEE per order of 2/29/12 | 3110-000 | | 19,410.00 | 457,289.11 |
| 02/29/12 | 1008 | KELLEY, LOVETT AND BLAKEY | EXPENSES - ATTORNEY FOR TRUSTEE per order of 2/29/12 | 3120-000 | | 263.49 | 457,025.62 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 566.57 | 456,459.05 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 561.22 | 455,897.83 |
| 04/12/12 | 1009 | ANDREW J. EKONOMOU | FEES - ATTORNEY FOR TRUSTEE PER ORDER OF 4/11/12 | 3210-000 | | 17,442.00 | 438,455.83 |
| 04/12/12 | 1010 | ANDREW J. EKONOMOU | EXPENSES - ATTORNEY FOR TRUSTEE per order of 4/11/12 | 3220-000 | | 605.79 | 437,850.04 |
| 04/12/12 | 1011 | EBERHARDT CONSULTING | FEES-ACCOUNTANT FOR TRUSTEE PER | 3410-000 | | 10,686.50 | 427,163.54 |

Subtotals : $0.00   $85,335.54

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-40560 JTL | Trustee: | WALTER W. KELLEY (300030) |
| Case Name: | LEGENDARY PERFORMANCE CARS | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account: | ********45 - MONEY MARKET ACCOUNT |
| Taxpayer ID #: | **-***4515 | Blanket Bond: | $3,580,000.00  (per case limit) |
| Period Ending: | 03/31/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | GROUP LLC | ORDER OF 4/11/12 | | | | |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 568.12 | 426,595.42 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 542.86 | 426,052.56 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 506.37 | 425,546.19 |
| 07/06/12 | 1012 | WALTER W. KELLEY, TRUSTEE;<br>Reverses | Trustee Commission INCORRECT AMOUNT<br>Voided on 07/06/12 | 2100-000 | | 32,200.00 | 393,346.19 |
| 07/06/12 | 1012 | WALTER W. KELLEY, TRUSTEE;<br>Reverses | Trustee Commission INCORRECT AMOUNT<br>Voided: check issued on 07/06/12 | 2100-000 | | -32,200.00 | 425,546.19 |
| 07/06/12 | 1013 | AMERIS BANK | Settlement  per order of 6/21/12 | 4110-000 | | 278,226.05 | 147,320.14 |
| 07/06/12 | 1014 | WALTER W. KELLEY, TRUSTEE | Trustee Commission | 2100-000 | | 17,161.30 | 130,158.84 |
| 07/17/12 | | Bank of America | Bank and Technology Services Fees | 2600-000 | | 209.70 | 129,949.14 |
| 07/17/12 | | Bank of America | Transfer to The Bank of New York Mellon | 9999-000 | | 129,949.14 | 0.00 |

|  | Account  ********45 | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 2 | Deposits | 512,499.00 | 14 | Checks | 377,127.93 |
| 1 | Interest Postings | 0.08 | 11 | Adjustments Out | 135,371.15 |
| | Subtotal | 512,499.08 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 512,499.08 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 512,499.08 | | | |

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-40560 JTL |
| Case Name: | LEGENDARY PERFORMANCE CARS |
| Taxpayer ID #: | **-***4515 |
| Period Ending: | 03/31/13 |

| | |
|---|---|
| Trustee: | WALTER W. KELLEY (300030) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****649666 - Checking Account |
| Blanket Bond: | $3,580,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 107,447.69 | | 107,447.69 |
| 01/10/13 | 10104 | KELLEY, LOVETT, & BLAKEY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2013 FOR CASE #10-40560, Reimbursement for bond  1/1/13 - 1/1/14 | 2300-000 | | 113.43 | 107,334.26 |
| 01/16/13 | 10105 | Custom Performance Automotive | SETTLEMENT OF AP 11-4038- ORDER OF 10/9/12 | 4220-000 | | 2,980.65 | 104,353.61 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.47 | 104,189.14 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.86 | 104,049.28 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.66 | 103,904.62 |

Account   ****649666

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 2 | Checks | 3,094.08 |
| 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 448.99 |
| | Subtotal | 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 3,543.07 |
| 1 | Transfers In | 107,447.69 | | | |
| | Total | 107,447.69 | | | |

{} Asset reference(s)

Printed: 04/30/2013 11:03 AM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-40560 JTL |
| **Case Name:** | LEGENDARY PERFORMANCE CARS |
| **Taxpayer ID #:** | **-***4515 |
| **Period Ending:** | 03/31/13 |

| | |
|---|---|
| **Trustee:** | WALTER W. KELLEY (300030) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******82-66 - Checking Account |
| **Blanket Bond:** | $3,580,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/17/12 | | The Bank of New York Mellon | Transfer from Bank of America | 9999-000 | 129,949.14 | | 129,949.14 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 115.39 | 129,833.75 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 274.92 | 129,558.83 |
| 09/19/12 | 101 | EBERHARDT CONSULTING GROUP LLC | ACCOUNTANT FEE PER ORDER OF 09-18-12 | 3410-000 | | 688.75 | 128,870.08 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 247.69 | 128,622.39 |
| 10/18/12 | 102 | KELLEY, LOVETT AND BLAKEY | attorney for trustee fees and expenses per order of 10/17/12 | | | 7,890.82 | 120,731.57 |
| | | | Attorney Fees per order            7,457.00<br>of 10/17/12 | 3110-000 | | | 120,731.57 |
| | | | Attorney Expenses per            433.82<br>order of 10/17/12 | 3120-000 | | | 120,731.57 |
| 10/18/12 | 103 | ANDREW J. EKONOMOU | Attorney for Trustee fees and expenses per order of 10/17/12 | | | 12,570.82 | 108,160.75 |
| | | | Attorney Fees per order          11,250.00<br>of 10/17/12 | 3210-000 | | | 108,160.75 |
| | | | Attorney Expenses per            1,320.82<br>of 10/17/12 | 3220-000 | | | 108,160.75 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 278.74 | 107,882.01 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 221.06 | 107,660.95 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 213.26 | 107,447.69 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001030003088 20130103 | 9999-000 | | 107,447.69 | 0.00 |

| | | | | Subtotals : | $129,949.14 | $129,949.14 | |
|---|---|---|---|---|---|---|---|

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-40560 JTL |
| **Case Name:** | LEGENDARY PERFORMANCE CARS |
| **Taxpayer ID #:** | **-***4515 |
| **Period Ending:** | 03/31/13 |

| | |
|---|---|
| **Trustee:** | WALTER W. KELLEY (300030) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******82-66 - Checking Account |
| **Blanket Bond:** | $3,580,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

**Account 9200-******82-66**

| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 0 | Deposits | 0.00 | 3 Checks 21,150.39 |
| 0 | Interest Postings | 0.00 | 6 Adjustments Out 1,351.06 |
| | Subtotal | 0.00 | 1 Transfers Out 107,447.69 |
| 1 | Adjustments In | 129,949.14 | Total 129,949.14 |
| 0 | Transfers In | 0.00 | |
| | Total | 129,949.14 | |

| | |
|---|---|
| Net Receipts : | 512,499.08 |
| Plus Gross Adjustments : | 66,915.00 |
| Net Estate : | $579,414.08 |

**Case Totals**

| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 2 | Deposits | 512,499.00 | 19 Checks 401,372.40 |
| 1 | Interest Postings | 0.08 | 20 Adjustments Out 137,171.20 |
| | Subtotal | 512,499.08 | 1 Transfers Out 107,447.69 |
| 1 | Adjustments In | 129,949.14 | Total 645,991.29 |
| 1 | Transfers In | 107,447.69 | |
| | Total | 749,895.91 | Net Total Balance 103,904.62 |

{} Asset reference(s)